IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | SA-13-CR-313(1)-OLG |
| JEFFREY VILLARREAL | § | |

## ORDER

The Federal Public Defender has notified the Court that Defendant is not eligible for relief under *Johnson v. United States*, 135 S. Ct. 2551 (2015). Defendant was sentenced under the United States Sentencing Guidelines and was not sentenced under the Armed Career Criminal Act. Pursuant to *Beckles v. United States*, 137 S. Ct. 886 (2017), the Guidelines are not subject to vagueness challenges under the Due Process Clause. Accordingly, the Court exempts this case from the Standing Appointment Order filed on April 14, 2016.

It is **SO ORDERED**.

Signed this 16 day of May 2017.

ORLANDO L. GARCIA
CHIEF UNITED STATES DISTRICT JUDGE